

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00349-CV

**ROGER LEE MOSELEY,**

**Appellant**

 **v.**

**SELINA YOLANDA IBARRA,**

**Appellee**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-C201700364

## MEMORANDUM OPINION

Appellant, Roger Lee Moseley, has filed an unopposed "Notice of Withdrawal of Appeal" in this matter. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 7, 2018
[CV06]

